No. 459. JOHNSON *v.* GOODYEAR TIRE & RUBBER CO. ET AL. C. A. 9th Cir. Certiorari denied.

No. 463. J. E. SCHECTER CORP. *v.* CARRIER CORP. ET AL. C. A. 2d Cir. Certiorari denied. *Chauncey H. Levy* for petitioner. *Herman N. Schwartz* for respondents.

No. 464. LLOYD A. FRY ROOFING CO. *v.* VOLASCO PRODUCTS CO. C. A. 6th Cir. Certiorari denied. *Burton Y. Weitzenfeld* for petitioner. *William C. Wilson* for respondent.

No. 466. LIPPI *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Jacob W. Friedman* for petitioner. *Solicitor General Marshall, Acting Assistant Attorney General Roberts, Joseph M. Howard* and *John P. Burke* for the United States.

No. 467. BROWN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Daniel H. Greenberg* and *Marvin Margolis* for petitioner. *Acting Solicitor General Spritzer, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 468. COLSON CORP. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 8th Cir. Certiorari denied. *James M. Reeves* for petitioner. *Solicitor General Marshall, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 469. LARGO *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Max Cohen* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Philip R. Monahan* for the United States.